UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Tim Walz, the Governor of Minnesota in his official capacity; State of Minnesota; Keith Ellison, Attorney General for the State of Minnesota in his official capacity; Minnesota Office of Higher Education,<br><br>Defendants. | Civil File No. 25-cv-02668-KMM-DTS<br><br>**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

Defendants Tim Walz, the Governor of Minnesota in his official capacity, State of Minnesota, Keith Ellison, Attorney General for the State of Minnesota in his official capacity, and the Minnesota Office of Higher Education move the Court to Dismiss Plaintiff's Complaint with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted. This Motion is based upon all files, records and proceedings herein, including the Memorandum of Law filed and served herewith.

*(signature on next page)*

Dated: July 23, 2025

KEITH ELLISON
Attorney General
State of Minnesota

**s/ Joseph Richie**
JOSEPH RICHIE
Assistant Attorney General
Atty. Reg. No. 0400615
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 300-0921 (Voice)
(651) 282-5832 (Fax)
Joseph.Richie@ag.state.mn.us

KATHERINE BIES
Assistant Attorney General
Atty. Reg. No. 0401675
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 300-0917 (Voice)
(651) 282-5832 (Fax)
Katherine.Bies@ag.state.mn.us

LIZ KRAMER
Solicitor General
Atty. Reg. No. 0325089
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 757-1010 (Voice)
(651) 282-5832 (Fax)
liz.kramer@ag.state.mn.us

*Attorneys For Defendants Tim Walz, Governor of Minnesota in his official capacity; State of Minnesota; Keith Ellison, Attorney General for the State of Minnesota in his official capacity; Minnesota Office of Higher Education*