UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Civil File No. 25-cv-02668-KMM-DTS |
| Plaintiff, | |
| vs. | **DEFENDANTS' NOTICE OF HEARING ON THEIR MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| Tim Walz, the Governor of Minnesota in his official capacity; State of Minnesota; Keith Ellison, Attorney General for the State of Minnesota in his official capacity; Minnesota Office of Higher Education, | |
| Defendants. | |

TO:     Clerk Of Court; and Plaintiff United States Of America, by and through Counsel Elianis N. Perez, U.S. Department of Justice, PO Box 868, Ben Franklin Station, Washington, DC 20044 (elianis.perez@usdoj.gov) and Luz Restrepo, Department of Justice-Civil, Office of Immigration Litigation DCS, 450 5th Street, NW, Washington, DC 20530 (luz.maria.restrepo@usdoj.gov).


**PLEASE TAKE NOTICE** that the Motion to Dismiss Plaintiff's Complaint by

Defendants Tim Walz, the Governor of Minnesota in his official capacity, State of

Minnesota, Keith Ellison, Attorney General for the State of Minnesota in his official

capacity, and the Minnesota Office of Higher Education Motion to Dismiss Plaintiff's

Complaint will be heard on a date and time to be determined by the Court.

*(signature on next page)*

Dated:  July 23, 2025

KEITH ELLISON
Attorney General
State of Minnesota

**s/ Joseph Richie**
JOSEPH RICHIE
Assistant Attorney General
Atty. Reg. No. 0400615
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 300-0921 (Voice)
(651) 282-5832 (Fax)
Joseph.Richie@ag.state.mn.us

KATHERINE BIES
Assistant Attorney General
Atty. Reg. No. 0401675
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 300-0917 (Voice)
(651) 282-5832 (Fax)
Katherine.Bies@ag.state.mn.us

LIZ KRAMER
Solicitor General
Atty. Reg. No. 0325089
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 757-1010 (Voice)
(651) 282-5832 (Fax)
liz.kramer@ag.state.mn.us

*Attorneys For Defendants Tim Walz, Governor of Minnesota in his official capacity; State of Minnesota; Keith Ellison, Attorney General for the State of Minnesota in his official capacity; Minnesota Office of Higher Education*