UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Tim Walz, the Governor of Minnesota in his official capacity; State of Minnesota; Keith Ellison, Attorney General for the State of Minnesota in his official capacity; Minnesota Office of Higher Education,<br><br>Defendants. | Civil File No. 25-cv-02668-KMM-DTS<br><br>**DEFENDANTS' COMPLIANCE WITH OBLIGATION TO MEET AND CONFER UNDER LOCAL RULE 7.1(A)** |

I, Joseph R. Richie, representing the Defendants in this matter, hereby certify that I met and conferred with counsel for the United States by email on July 17, 2025 to discuss Defendants' motion to dismiss. The parties do not agree on the resolution of any part of the motion.

Dated: July 23, 2025

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

**s/ Josep Richie**
JOSEPH RICHIE
Assistant Attorney General
Atty. Reg. No. 0400615
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 300-0921 (Voice)
(651) 282-5832 (Fax)
Joseph.Richie@ag.state.mn.us

KATHERINE BIES
Assistant Attorney General
Atty. Reg. No. 0401675
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 300-0917 (Voice)
(651) 282-5832 (Fax)
Katherine.Bies@ag.state.mn.us

LIZ KRAMER
Solicitor General
Atty. Reg. No. 0325089
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 757-1010 (Voice)
(651) 282-5832 (Fax)
liz.kramer@ag.state.mn.us

*Attorneys For Defendants Tim Walz, Governor of Minnesota in his official capacity; State of Minnesota; Keith Ellison, Attorney General for the State of Minnesota in his official capacity; Minnesota Office of Higher Education*