# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# MINNEAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TIM WALZ, the Governor of Minnesota in his official capacity; STATE OF MINNESOTA; KEITH ELLISON, Attorney General for the State of Minesota in his official capacity; MINNESOTA OFFICE OF HIGHER EDUCATION,<br><br>　　　　　Defendants. | CIVIL No. 25-cv-02668-KMM-DTS |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff, the United States of America, respectfully submits this Notice of Supplemental Authority to apprise the Court of a recent decision from the Eastern District of Oklahoma that provides guidance on issues central to the motions presently before this Court.

On August 7, 2025, a Magistrate Judge from the United States District Court for the Eastern District of Oklahoma (Judge Snow) issued a Report and Recommendation in *United States v. Oklahoma*, No. 25-CV-265-RAW-DES (E.D. Okla. Aug. 5, 2025), addressing whether Okla. Stat. tit. 70, § 3242 and Oklahoma State Regents for Higher Education (OSRHE) Policy § 3.18.6 were preempted by federal immigration law. A copy is attached. *See* Exhibit A. On August 29, 2025, United States District Judge Ronald A. White of the District Court for the Eastern District of Oklahoma adopted the Report and

Recommendation, declaring that the challenged provisions, as applied to aliens who are not lawfully present in the United States, violate the Supremacy Clause and are unconstitutional and invalid. Copies of the Orders are attached. *See* Exhibit B.

As articulated in the Report and Recommendation, the court cited the plain language of § 1623(a), and noted that it "contains an express preemption clause" directing that

> [n]otwithstanding any other provision of law, an alien not lawfully present in the United States shall not be eligible on the basis of residence within a State . . . for any postsecondary education benefit unless a citizen or national of the United States is eligible for such a benefit . . . without regard to whether the citizen or national is such a resident.

Exhibit A at 3 (internal quotation marks omitted). The court additionally emphasized the binding effect of the Supremacy Clause: "[U]nder the Supremacy Clause, from which our pre-emption doctrine is derived, any state law, however clearly within a State's acknowledged power, which interferes with or is contrary to federal law, must yield." *Id.* (citation omitted). Consequently, the court concluded that Section 1623(a) expressly preempted Okla. Stat. tit. 70, § 3242 and OSRHE Policy § 3.18.6, which had both permitted unlawfully present aliens to qualify for in-state tuition and state-funded scholarships or financial aid, respectively, based on Oklahoma residency even though out-of-state U.S. citizens were not afforded the same benefits. *Id.* at 1-3.

That reasoning is equally applicable here. Sections 135A.043 and 136A.1465 of the Minnesota statutes are preempted under the Supremacy Clause because they explicitly classify aliens who are not lawfully present in the United States as residents and thus renders them eligible for reduced tuition and free tuition for state colleges, while U.S.

citizens from other states must pay higher out-of-state tuition rates. The *Oklahoma* decision is directly relevant to the Court's consideration here because it reinforces the United States' position that Sections 135A.043 and 136A.1465 of the Minnesota statutes are expressly preempted by Section 1623(a).

DATED: September 3, 2025

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

Respectfully submitted,

ELIANIS N. PEREZ
Assistant Director
Office of Immigration Litigation
General Litigation and Appeals Section

By: *s/ Luz Maria Restrepo*
LUZ MARIA RESTREPO
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-2443
Fax: (202) 305-7000
Email: Luz.Maria.Restrepo@usdoj.gov

*Attorneys for the United States*