**The Office of Minnesota Attorney General Keith Ellison**
helping people afford their lives and live with dignity, safety, and respect • www.ag.state.mn.us

September 3, 2025

The Honorable Katherine M. Menendez
U.S. District Court Judge, District of Minnesota
Diana E. Murphy U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

   Re: *United States of America vs. Tim Walz, et al.*
     U.S. District Court No. 25-cv-2668-KMM-DTS

Dear Judge Menendez:

 Our office represents the Defendants in the above-captioned suit.  We write to request permission to file a brief response to today's filing by the United States.

 Defendants moved to dismiss the complaint on July 23, 2025.  (ECF 9.)  Earlier today, the United States submitted a Notice of Supplemental Authority in opposition to Defendants' motion.  (ECF 24.)  The United States included three pages of legal argument regarding the relevance of recent decisions to this case.  This Court has previously warned that such arguments constitute unsolicited memoranda of law in violation of Local Rule 7.1(i).[1]  *See U.S. SEC v. Carebourn Cap., L.P.*, 2023 WL 4947458, at *1 (D. Minn. Aug. 3, 2023) (Menendez, J.).  Defendants therefore request permission to submit a brief response (not to exceed three pages) to the United States's arguments.

 Thank you for your attention to this matter.

               Respectfully,

               <u>s/ Joseph Richie</u>
               JOSEPH RICHIE
               Assistant Attorney General
               Atty. Reg. No. 0400615
               (651) 300-0921 (Voice)
               (651) 282-5832 (Fax)
               Joseph.Richie@ag.state.mn.us

---

[1] On August 19, 2025, the United States submitted another Notice of Supplemental Authority containing legal argument.  (ECF 17.)  Defendants did not object because they had the opportunity to respond to those arguments in their Reply Memorandum, which was filed on August 27, 2025.  (ECF 23.)

Honorable Katherine M. Menendez
September 3, 2025
Page 2

        KATHERINE BIES
        Assistant Attorney General
        Atty. Reg. No. 0401675
        (651) 300-0917 (Voice)
        Katherine.Bies@ag.state.mn.us

        LIZ KRAMER
        Solicitor General
        Atty. Reg. No. 0325089
        (651) 757-1010 (Voice)
        liz.kramer@ag.state.mn.us

        *Attorneys for State Defendants*

|#6173460-v1