**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**MINNEAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TIM WALZ, the Governor of Minnesota in his official capacity; STATE OF MINNESOTA; KEITH ELLISON, Attorney General for the State of Minesota in his official capacity; MINNESOTA OFFICE OF HIGHER EDUCATION, <br><br> Defendants. | CIVIL No. 25-cv-02668-KMM-DTS |

**MOTION FOR A STAY**
**IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves for a stay of proceedings in the above-caption case.

1.      At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal Plaintiffs in this matter. The Department does not know when such funding will be restored by Congress.

2.      Absent an appropriation, Department of Justice attorneys and employees of the federal Plaintiffs are prohibited from working, even on a voluntary basis, except in very

limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.      Undersigned counsel for the Department of Justice therefore requests a stay of proceedings in this case until Congress has restored appropriations to the Department.

4.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5.      Opposing counsel has not yet advised counsel for the Government of its position regarding this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of proceedings in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

DATED: October 1, 2025                          Respectfully submitted,

BRETT A. SHUMATE                                ELIANIS N. PEREZ
Assistant Attorney General                      Assistant Director
                                                Office of Immigration Litigation
YAAKOV M. ROTH                                  General Litigation and Appeals Section
Principal Deputy Assistant Attorney General

                                                NICOLE GRANT
DREW C. ENSIGN                                  Senior Litigation Counsel
Deputy Assistant Attorney General               Office of Immigration Litigation
                                                General Litigation and Appeals Section

SEAN SKEDZIELEWSKI
Counsel to Assistant Attorney General

By: *s/ Luz Maria Restrepo*
LUZ MARIA RESTREPO
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-2443
Fax: (202) 305-7000
Email: Luz.Maria.Restrepo@usdoj.gov

*Attorneys for the United States*