**The Office of**
# Minnesota Attorney General Keith Ellison

helping people afford their lives and live with dignity, safety, and respect • www.ag.state.mn.us

October 2, 2025

The Honorable Katherine M. Menendez
U.S. District Court Judge, District of Minnesota
Diana E. Murphy U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

    **Re:**    *United States of America vs. Tim Walz, et al.*
            **U.S. District Court No. 25-cv-2668-KMM-DTS**

Dear Judge Menendez:

    Defendants do not oppose the Plaintiff's stay motion.  Thank you for the Court's attention to this matter.

            Respectfully,

            <u>**s/ Joseph Richie**</u>
            JOSEPH RICHIE
            Assistant Attorney General
            Atty. Reg. No. 0400615
            (651) 300-0921 (Voice)
            (651) 282-5832 (Fax)
            Joseph.Richie@ag.state.mn.us

            KATHERINE BIES
            Assistant Attorney General
            Atty. Reg. No. 0401675
            (651) 300-0917 (Voice)
            Katherine.Bies@ag.state.mn.us

            LIZ KRAMER
            Solicitor General
            Atty. Reg. No. 0325089
            (651) 757-1010 (Voice)
            liz.kramer@ag.state.mn.us

            *Attorneys for State Defendants*

|#6195563-v1