# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# MINNEAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TIM WALZ, the Governor of Minnesota in his official capacity; STATE OF MINNESOTA; KEITH ELLISON, Attorney General for the State of Minesota in his official capacity; MINNESOTA OFFICE OF HIGHER EDUCATION,<br><br>    Defendants. | CIVIL No. 25-cv-02668-KMM-DTS |

## NOTICE

On October 1, 2025, Plaintiff, the United States, moved to stay the instant case in light of the lapse in appropriations that occurred at the end of the day September 30, 2025. Dkt. 29. The Court granted Plaintiff's motion and stayed the case for the duration of the lapse in appropriations. Dkt. 32.

On November 12, 2025, Congress passed a new funding bill which the President signed into law effectively restoring appropriations to the Department of Justice. As a result, the United States respectfully advises the Court that the lapse of appropriations has ended, and Department of Justice attorneys, including counsel for Plaintiff, may now resume their usual civil litigation functions.

DATED: November 13, 2025        Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to Assistant Attorney General

ELIANIS N. PEREZ
Assistant Director
Office of Immigration Litigation
General Litigation and Appeals Section

NICOLE GRANT
Senior Litigation Counsel
Office of Immigration Litigation
General Litigation and Appeals Section

By: *s/ Luz Maria Restrepo*
LUZ MARIA RESTREPO
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-2443
Fax: (202) 305-7000
Email: Luz.Maria.Restrepo@usdoj.gov

*Attorneys for the United States*