UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
MINNEAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TIM WALZ, the Governor of Minnesota in his official capacity; STATE OF MINNESOTA; KEITH ELLISON, Attorney General for the State of Minesota in his official capacity; MINNESOTA OFFICE OF HIGHER EDUCATION,<br><br>    Defendants. | CIVIL No. 25-cv-02668-KMM-DTS |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

PLEASE TAKE NOTICE that Elianis N. Perez respectfully moves to withdraw as counsel for Plaintiff United States of America in the above-captioned action.  Undersigned counsel will no longer be employed by the U.S. Department of Justice and is therefore unable to continue representing Plaintiff in this matter.  Plaintiff remains represented by other counsel from the U.S. Department of Justice. A copy of this motion has been served on counsel for all parties by ECF.

DATED: February 9, 2026

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

Respectfully submitted,

LUZ MARIA RESTREPO
Trial attorney
Office of Immigration Litigation


By: *s/ Elianis N. Perez*
ELIANIS N. PEREZ
Assistant Director
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-7294
Fax: (202) 305-7000
Email: Elianis.perez@usdoj.gov

*Attorneys for the United States*