# UNITED STATES DISTRICT COURT

## District of Minnesota

United States of America,

        Plaintiff,

v.

Tim Walz, State of Minnesota, Keith Ellison,
Minnesota Office of Higher Education,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-2668 KMM/DTS

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1.  Defendants' Motion to Dismiss (Dkt. 9) is **GRANTED**.

2.  Plaintiff United States of America's Complaint (Dkt. 1) is **DISMISSED WITH PREJUDICE** for failure to state a claim.

Date: 3/30/2026

KATE M. FOGARTY, CLERK