**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**MINNEAPOLIS DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TIM WALZ, the Governor of Minnesota in his official capacity; STATE OF MINNESOTA; KEITH ELLISON, Attorney General for the State of Minnesota in his official capacity; MINNESOTA OFFICE OF HIGHER EDUCATION,

        Defendants.

CIVIL No. 25-cv-02668-KMM-DTS

## NOTICE OF APPEAL

Please take notice that Plaintiff United States of America hereby appeals to the United States Court of Appeals for the Eighth Circuit from this Court's judgment entered March 30, 2026, ECF No. 43, and all prior orders and opinions merged into that judgment, including but not limited to the court's March 27, 2026 memorandum opinion and order, ECF No. 42.

DATED: May 1, 2026

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

ROBERT O. LINDEFJELD
Assistant Director
Enforcement and Affirmative Litigation Branch

Respectfully Submitted,

*/s/ Sean Skedzielewski*
SEAN SKEDZIELEWSKI
United States Department of Justice
Counsel to the Assistant Attorney General
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel.: 202-307-1697
Email: Sean.Skedzielewski@usdoj.gov

*Attorneys for Plaintiff*