

# UNITED STATES
# DISTRICT COURT
# DISTRICT OF MINNESOTA

**Warren E. Burger Federal**
**Building and U.S. Courthouse**
316 North Robert Street
Room 100
St. Paul, MN 55101

**Diana E. Murphy**
**U.S. Courthouse**
300 South Fourth Street
Room 202
Minneapolis, MN 55415

**Gerald W. Heaney Federal**
**Building and U.S. Courthouse**
**and Customhouse**
515 West First Street
Duluth, MN 55802

**Edward J. Devitt U.S.**
**Courthouse and Federal**
**Building**
118 South Mill Street
Fergus Falls, MN 56537

## TRANSMITTAL OF APPEAL

Date:  5/4/2026

To:      U.S. COURT OF APPEALS, 8TH CIRCUIT

From:  Maria G.  U.S. District Court-Minnesota

In Re:  District Court Case No. 25-cv-02668-KMM-DTS
Eighth Circuit Case No.:  Not yet assigned
Case Title:  United States of America v. Walz et al

The statutory filing fee has:
☐been paid, receipt number:
☐not been paid as of
        IFP        ☐is    ☐is not pending
☒been waived because:
        ☐Application for IFP granted   ☒USA filed appeal

Length of Trial:  N/A

Was a court reporter utilized?   ☒Yes   ☐No
        If yes, please identify the court reporter: Paula Richter 612-664-5162